UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -1  P 2: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHARLES FRANKSTON AND, <br> MICHAEL J. FRANKSTON <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. SPECTOR, <br><br> Defendant. | CIVIL ACTION NO. <br> 04-11119-PBS |

### NOTICE OF APPEARANCE

To the Clerk of the above-named Court:

Please add my appearance as attorney for the Plaintiffs, Charles Frankston and Michael J. Frankston, in the above-captioned case.

Respectfully submitted,

*[signature]*

John Miller, BBO #567563
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
(617) 542-5542

Counsel for Plaintiffs
Charles Frankston and Michael J. Frankston

Dated: May 28, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on: 5/28/04

*[signature]*
John Miller, Esq.

# SALLY & FITCH LLP

COUNSELORS AT LAW
225 FRANKLIN STREET
BOSTON, MASSACHUSETTS 02110-2804

TEL: (617) 542-5542
FAX: (617) 542-1542

JOHN MILLER
jm@sally-fitch.com

IN PROVIDENCE, R.I.

56 PINE STREET
PROVIDENCE, R.I. 02903
TEL: (401) 521-6500
FAX: (401) 274-2780

*[FILED IN CLERK'S OFFICE 2004 JUN -1 P 2:58 U.S. DISTRICT COURT DISTRICT OF MASS]*

May 28, 2004

Clerk's Office - Civil
United States District Court
U.S. Courthouse, Suite 2300
1 Courthouse Way
Boston, MA 02210

Re:   *Charles Frankston and Michael J. Frankston v.*
      *Robert M. Frankston and Michael J. Spector*
      C.A. No. 04-11119-PBS

Dear Sir/Madam:

Enclosed for filing please find my Notice of Appearance on behalf of Plaintiffs, Charles Frankston and Michael J. Frankston in the above-referenced matter.

Thank you for your attention to this matter.

Very truly yours,

John Miller

JM/smw
Enclosure
cc:   Joanne E. Romanow, Esquire
      Peter E. Ball, Esquire