SCHLESINGER AND BUCHBINDER, LLP
ATTORNEYS AT LAW
1200 WALNUT STREET
NEWTON, MASSACHUSETTS 02461-1267

FILED
IN CLERKS OFFICE
2004 JUN 14 A 9: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

STEPHEN J. BUCHBINDER
ALAN J. SCHLESINGER
JOANNE E. ROMANOW
LEONARD M. DAVIDSON
STEPHANIE J. RACIN
MARIA C. CROCKER
LUKE W. SCHEMMEL
MAUREEN A. HALEY

TELEPHONE (617) 965-3500
FACSIMILE (617) 965-6824
E-MAIL   mail@sab-law.com

OF COUNSEL
HEATHER G. MERRILL

June 11, 2004

**HAND DELIVERY**

Clerk/Civil
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

    RE:    **Charles Frankston, et al. vs. Michael J. Spector**
              **Docket No. 04 11119 PBS**

Dear Sir/Madam:

    Enclosed for filing please find the certified copy of the pleadings from the Middlesex Superior Court matter entitled Notice of Removal, Docket Number MICV 2004-00759-C.

Very truly yours,

*Joanne E. Romanow*

Joanne E. Romanow

JER/sc
Enclosures

cc:    Peter E. Ball, Esquire
        Mr. Michael J. Spector