UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11119-PBS

CHARLES FRANKSTON
AND MICHAEL J. FRANKSTON,

Plaintiffs

vs.

MICHAEL J. SPECTOR,

Defendant

JOINT STATEMENT
OF THE PARTIES

Now come the parties to the above-named matter and, pursuant to Local Rule 16.1(D), hereby propose the following joint statement:

1. *Joint Discovery Plan*. The parties suggest that all discovery be completed and all depositions taken by December 20, 2005. The parties suggest that all interrogatories and requests for production of documents be propounded and responses filed by July 20, 2005.

2. *Motions*. The parties suggest that any motions with respect to this Court's personal jurisdiction over the defendant be filed no later than February 20, 2005. The parties suggest that any summary judgment motions be served upon opposing counsel on or before March 20, 2006.

3. Counsel for each party hereby certifies that counsel has conferred with each party with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation.

4. Counsel for each party hereby certifies that counsel has conferred with each party to consider the resolution of the litigation through the use of alternative dispute resolution programs. The plaintiffs have engaged and continue to participate in the collaborative law process in an attempt to resolve this matter.

Charles Frankston and Michael J. Frankston,
By their attorneys,

*[signature]*

Peter E. Ball, Esquire (BBO #546031)
John Miller, Esquire (BBO #567563)
SALLY & FITCH LLP
225 Franklin Street
Boston, Massachusetts 02110-2804
(617) 542-5542

Michael J. Spector,
By his attorney,

*[signature]* Joanne E. Romanow / *[signature]* w/ permission

Joanne E. Romanow, Esquire (BBO #426260)
SCHLESINGER AND BUCHBINDER, LLP
1200 Walnut Street
Newton, Massachusetts 02161
(617) 965-3500

Dated: July 13, 2004