UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Charles Frankston, et al
Plaintiff,

      V.                                         Civil Action Number
                                                  04-11119-PBS

Michael Spector
Defendant.                                               July 20, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 12/20/05

Summary Judgment Motion filing deadline: 1/20/05

Opposition to Summary Judgment Motions: 2/15/05

Hearing on Summary Judgment or Pretrial Conference: 3/2/05 at 2:00 p.m.

Case to be referred to Mediation program: October / November, 2004. The third brother is ordered to be present at the mediation.

                                                                 By the Court,

                                                                 /s/ Robert C. Alba
                                                                 Deputy Clerk