UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Charles Frankston, et al
Plaintiff,

V.                                                                Civil Action Number
                                                                  04-11119-PBS

Michael Spector
Defendant.                                                        July 23, 2004


AMENDED SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 12/20/04

Summary Judgment Motion filing deadline: 1/20/05

Opposition to Summary Judgment Motions: 2/15/05

Hearing on Summary Judgment or Pretrial Conference: 3/2/05 at 2:00 p.m.

Case to be referred to Mediation program: October / November, 2004. The third brother is ordered to be present at the mediation.

By the Court,

/s/ Robert C. Alba
Deputy Clerk