UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11119-PBS

|  |  |
|---|---|
| CHARLES FRANKSTON AND MICHAEL J. FRANKSTON, <br><br>   Plaintiffs <br><br> vs. <br><br> MICHAEL J. SPECTOR, <br><br>   Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## PLAINTIFFS' ANSWER TO COUNTERCLAIM

The plaintiffs in the above-captioned lawsuit, Charles Frankston and Michael J. Frankston (together, the "Frankstons"), hereby Answer the defendant Michael J. Spector's ("Spector's") Counterclaim as follows:

1. The Frankstons admit the allegations in paragraph 1 of the Counterclaim.

2. The Frankstons admit the allegations in paragraph 2 of the Counterclaim.

3. The Frankstons deny the allegations in paragraph 3 of the Counterclaim and, further answering, state that Michael J. Frankston is a resident of Lincoln, Massachusetts.

4. The Frankstons admit the allegations in paragraph 4 of the Counterclaim.

5. The Frankstons admit that they have certain disputes with their brother Robert which include but are not necessarily limited to "the disposition of certain assets of their parents." Further answering, the Frankstons state that the current dispute that

involves Robert and Spector and that is the subject of the Frankston's Complaint here concerns, among other things, the disposition of Michael and Charles' shares of ECT Corporation.

6. The Frankstons deny the allegations in paragraph 6 of the Counterclaim.

7. The Frankstons deny the allegations in paragraph 7 of the Counterclaim.

8. The Frankstons deny the allegations in paragraph 8 of the Counterclaim.

9. The Frankstons deny the allegations in paragraph 9 of the Counterclaim.

## **AFFIRMATIVE DEFENSES**

### FIRST AFFIRMATIVE DEFENSE

The Counterclaim should be dismissed because it fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Counterclaim should be dismissed because it is frivolous and constitutes an abuse of process.

### THIRD AFFIRMATIVE DEFENSE

The Counterclaim should be dismissed due to Spector's unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

The Counterclaim should be dismissed because Spector has no damages.

2

## FIFTH AFFIRMATIVE DEFENSE

Spector, by his acts and conduct, is estopped from asserting that the Frankstons are liable to him for anything.

CHARLES FRANKSTON and MICHAEL J. FRANKSTON,

By their attorneys,

Peter E. Ball, Esquire (BBO #546031)
John Miller, Esquire (BBO #567563)
SALLY & FITCH LLP
225 Franklin Street
Boston, Massachusetts 02110-2804
(617) 542-5542

Dated: September 8, 2004

### Certificate of Service

I, John Miller, hereby certify that on Septeber 8, 2004 the within document was served by facsimile and first class mail, postage prepaid, upon all counsel of record.

John Miller

3