UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11119 PBS

CHARLES FRANKSTON, et al,

   Plaintiffs

vs.

MICHAEL J. SPECTOR,

   Defendant

### DEFENDANT MICHAEL J. SPECTOR'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION OR, ALTERNATIVELY, TO TRANSFER THIS ACTION PURSUANT TO 28 U.S.C. § 1404(A).

Now comes the Defendant Michael J. Spector ("Spector") moves this Court to dismiss the Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction or, alternatively, to transfer this action pursuant to 28 U.S.C. § 1404(a). A Memorandum of Law in Support of this Motion and Defendant's Declaration are filed herewith.

### REQUEST FOR ORAL ARGUMENT

                        Respectfully submitted,
                        Defendant,
                        By his attorney,

                        _____
                        Joanne E. Romanow, Esquire
                        SCHLESINGER AND BUCHBINDER, LLP
                        1200 Walnut Street
                        Newton, MA 02461-1267
                        (617) 965-3500
Dated: November 17, 2004   BBO# 426260

## CERTIFICATE OF SERVICE

I, JOANNE E. ROMANOW, hereby certify that on November 17, 2004 I served a copy of the foregoing Motion to Dismiss on the plaintiffs, by hand delivering a copy of said document, to John Miller, Esquire, Sally & Fitch, 225 Franklin Street, 30th Floor, Boston, MA 02110-2804.

                                              Joanne E. Romanow, Esquire
                                              Schlesinger and Buchbinder, LLP
                                              1200 Walnut Street
                                              Newton, MA  02461-1267
                                              (617) 965-3500
                                              BBO# 426260