FILED
IN CLERKS OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO.  04-11119 PBS**

**CHARLES FRANKSTON
AND MICHAEL J. FRANKSTON,**

**Plaintiffs**

**vs.**

**MICHAEL J. SPECTOR,**

**DECLARATION OF
DEFENDANT, MICHAEL J.
SPECTOR**

**Defendant**

Michael J. Spector, declares, under penalty of perjury, as follows:

1.      I make this declaration in support of Defendant's Motion to Dismiss for

Lack of Personal Jurisdiction or, Alternatively, to Transfer Venue.  I have personal

knowledge of the matters stated herein.

2.      I am an individual with a principal place of residence located at 83-19

116th Street, Kew Gardens, Borough of Queens, New York City, New York.

3.      I have always been a resident of New York State.

4.      I have never been a resident of the Commonwealth of Massachusetts.

5.      I have never provided any services to or conducted any business in

Massachusetts.

6.      I have never registered to do business in Massachusetts.

7.      I have never engaged in any business in the Commonwealth of

Massachusetts.

8.      I have never maintained offices in the Commonwealth of Massachusetts.

20.    I declare under the penalty of perjury, pursuant to 28 U.S.C. §1746, that

the foregoing is true and correct.

Executed on this 8th day of November, 2004.

Michael J. Spector

*Sworn and Subscribed to before a Notary Public of The State of Florida*

On the 8th Day of November 2004 before me, in the County of Palm Beach, State
of Florida,  a Notary Public in and for the State of Florida, personally appeared
Michael J.  Spector, known to me or having presented sufficient proof of identity,
and having been put under oath affirmed under penalty of perjury that he was the
Declarant in the above Declaration   to which he affixed his signature in my
presence.

_____        _____
        Name of Notary                    Signature of Notary



3

## CERTIFICATE OF SERVICE

I, JOANNE E. ROMANOW, hereby certify that on November 17, 2004 I served a copy of the foregoing Declaration of Michael Spector on the plaintiffs, by hand delivering a copy of said document, to John Miller, Esquire, Sally & Fitch, 225 Franklin Street, 30th Floor, Boston, MA 02110-2804.

Joanne E. Romanow, Esquire
Schlesinger and Buchbinder, LLP
1200 Walnut Street
Newton, MA 02461-1267
(617) 965-3500
BBO# 426260