UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11119 PBS

CHARLES FRANKSTON
AND MICHAEL J. FRANKSTON,

      Plaintiffs

vs.

MICHAEL J. SPECTOR,

      Defendant

**DEFENDANT MICHAEL J. SPECTOR'S CERTIFICATION
PURSUANT TO LOCAL RULE 7.1**

Now comes the Defendant Michael J. Spector ("Spector") by his attorney, Joanne E. Romanow, and certifies that Attorney Joanne E. Romanow and Attorney for the Plaintiffs, John Miller conferred and have been unable to resolve the issues set forth in the Defendant's Motion to Dismiss.

                                Respectfully submitted,
                                Defendant,
                                By his attorney,

                                _____
                                Joanne E. Romanow, Esquire
                                SCHLESINGER AND BUCHBINDER, LLP
                                1200 Walnut Street
                                Newton, MA 02461-1267
                                (617) 965-3500
                                BBO# 426260

Dated: _____

## CERTIFICATE OF SERVICE

I, JOANNE E. ROMANOW, hereby certify that on November 17, 2004 I served a copy of the foregoing Certification on the plaintiffs, by hand delivering a copy of said document, to John Miller, Esquire, Sally & Fitch, 225 Franklin Street, 30th Floor, Boston, MA 02110-2804.

_____
Joanne E. Romanow, Esquire
Schlesinger and Buchbinder, LLP
1200 Walnut Street
Newton, MA 02461-1267
(617) 965-3500
BBO# 426260