UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11119 PBS

| | |
|---|---|
| CHARLES FRANKSTON AND MICHAEL J. FRANKSTON, | ) ) ) |
| Plaintiffs | ) ) |
| vs. | ) ) |
| MICHAEL J. SPECTOR, | ) ) |
| Defendant | ) |

## JOINT MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS

Now come the parties to the above-named matter and move this Court to extend by three weeks the time ordinarily allowed under Local Rule 7.1(B)(2) for the Plaintiffs to file an opposition to Defendant Michael J. Spector's Motion To Dismiss Pursuant To F.R.C.P. 12(b)(2) For Lack of Personal Jurisdiction Or, Alternatively, To Transfer This Action Pursuant To 28 U.S.C. § 1404(A) (the "Motion to Dismiss"). In support of this motion for an extension of time, the parties state as follows:

1. On November 17, 2004 the Defendant filed the above referenced Motion to Dismiss.

2. Pursuant to Local Rule 7.1(B)(2), the Plaintiffs' response would be due on December 1, 2004.

3. On November 19, 2004, the parties engaged in a Court ordered mediation with mediator Elliot Mahler of Barron & Stadfeld, PC. The parties met from 1:00 PM until 6:00 PM, but did not resolve the case.

4. The parties left the mediation with "homework" and agreed to meet further with Attorney Mahler on Tuesday, December 7, 2004 and Wednesday, December 8, 2004 as needed.

5. The parties are making a good faith effort to resolve this matter.

6. The Plaintiffs would like an opportunity to continue with mediation without incurring the costs of opposing the pending Motion to Dismiss. In addition, it is in the interest of all parties to allow Plaintiffs additional time to respond to the Motion to Dismiss so that they and their counsel may focus on the ongoing mediation.

7. Finally, even absent an agreement to mediate during the second week of December, the intervening Thanksgiving holiday would make it very difficult for Plaintiffs' counsel to provide their response to the pending Motion within the time permitted by the rules.

8. Therefore, the parties respectfully request that this Court allow the Plaintiffs an additional three weeks, or until December 21, 2004, to file their opposition to the pending Motion to Dismiss.

Charles Frankston and Michael J. Frankston,
By their attorneys,

_____
Peter E. Ball, Esquire (BBO #546031)
John Miller, Esquire (BBO #567563)
SALLY & FITCH LLP
225 Franklin Street
Boston, Massachusetts  02110-2804
(617) 542-5542

Michael J. Spector,
By his attorney,

*/s/ Joanne Romanow / signed w/ permission*

Joanne E. Romanow, Esquire (BBO #426260)
SCHLESINGER AND BUCHBINDER, LLP
1200 Walnut Street
Newton, Massachusetts 02161
(617) 965-3500

Dated: November 23, 2004