UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11119 PBS

| | |
|---|---|
| **CHARLES FRANKSTON** ) | |
| **AND MICHAEL J. FRANKSTON,** ) | |
|          ) | |
|    **Plaintiffs** ) | |
|          ) | |
| **vs.** ) | |
|          ) | |
| **MICHAEL J. SPECTOR,** ) | |
|          ) | |
|    **Defendant** ) | |

### JOINT MOTION TO EXTEND TIME TO COMPLETE DISCOVERY

Now come the parties to the above-named matter and move this Court to extend the time for the parties to complete discovery in this matter. In support of this motion, the parties state as follows:

1. On July 23, 2004 this Court entered a Scheduling Order which gave the parties a discovery deadline of December 20, 2004. In addition, the parties were ordered to attend mediation.

2. The parties were unable to schedule the mediation until November 19, 2004. Because of the impending discovery deadline, the plaintiffs commenced discovery, and have noticed the defendant's deposition, as well as the deposition of a third Frankston brother, Robert, (who was also ordered by this Court to attend the mediation).

3. The parties met with the mediator, Elliot Mahler of Barron & Stadfeld, PC, on November 19, 2004 from 1:00 PM until 6:00 PM.

4. The parties have scheduled additional time to meet with Attorney Mahler on Tuesday, December 7, 2004 and Wednesday, December 8, 2004.

5. The parties are making a good faith effort to resolve this matter.

6. The parties would like an opportunity to continue with mediation without being required to complete discovery by December 20, 2004.

7. Therefore, the parties respectfully request that the discovery deadline of December 20, 2004 be extended to March 20, 2005 in order to permit the parties to see how far they may be able to progress with mediation without incurring the expenses associated with the completion of discovery.

8. In addition, the defendant filed a Motion to Dismiss based on this Court's lack of personal jurisdiction over the defendant. Said Motion was filed on November 17, 2004.

9. Pursuant to Local Rule 7.1(B)(2), the plaintiffs' response would be due on December 1, 2004.

10. The parties have agreed that the plaintiffs' time to respond to said Motion may be extended if this Court allows the within motion to extend the discovery deadline. If the parties are unable to resolve this matter at the December 7, 2004 and December 8, 2004 mediation sessions, then the plaintiffs' response would be due on December 21, 2004.

Charles Frankston and Michael J. Frankston,
By their attorneys,

_____
Peter E. Ball, Esquire (BBO #546031)
John Miller, Esquire (BBO #567563)
SALLY & FITCH LLP
225 Franklin Street
Boston, Massachusetts 02110-2804
(617) 542-5542

Michael J. Spector,
By his attorney,

_____
Joanne E. Romanow, Esquire (BBO #426260) /JMM w/ permission
SCHLESINGER AND BUCHBINDER, LLP
1200 Walnut Street
Newton, Massachusetts 02161
(617) 965-3500

Dated: November 23, 2004