# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NO.  04-11119 PBS

|  |  |
|---|---|
| **CHARLES FRANKSTON** | ) |
| **AND MICHAEL J. FRANKSTON,** | ) |
|  | ) |
| **Plaintiffs** | ) |
|  | ) |
| **vs.** | ) |
|  | ) |
| **MICHAEL J. SPECTOR,** | ) |
|  | ) |
| **Defendant** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), the parties to the above referenced action hereby stipulate and agree to the dismissal, with prejudice, of all claims and counterclaims in this action with each party to bear its own attorney's fees and costs, and with each party waiving its right of appeal.

CHARLES FRANKSTON AND
MICHAEL J. FRANKSTON,
By their attorneys,


Peter E. Ball, BBO #546031
John Miller, BBO #567563
SALLY & FITCH LLP
225 Franklin Street
Boston, Massachusetts  02110-2804
(617) 542-5542


Dated:  December 21, 2004

MICHAEL J. SPECTOR

By his attorney,


Joanne E. Romanow, BBO #426260
SCHLESINGER AND BUCHBINDER LLP
1200 Walnut Street
Newton, Massachusetts 02161
(617) 965-3500